UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

YEKITA C. DIGGS,

   Plaintiff,

    v.

AMERICAN EXPRESS COMPANY,

   Defendant.

Case No. 24-cv-2428-JPG

## MEMORANDUM AND ORDER

In light of Seventh Circuit Court of Appeals admonitions, *see Page v. Dem. Nat'l Comm.*, 2 F.4th 630, 634 (7th Cir. 2021) (citing *Great S. Fire Proof Hotel Co. v. Jones*, 177 U.S. 449, 453 (1900)); *Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled. *See Page*, 2 F.4th at 634 (federal courts "must make their own inquiry to ensure that all statutory requirements are met before exercising jurisdiction"); *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) (noting courts' "independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it"). The Court has noted the following defect in the jurisdictional allegations of the Complaint (Doc. 2) filed by plaintiff Yekita C. Diggs:

- **Failure to allege a basis for federal subject matter jurisdiction**. Federal Rule of Civil Procedure 8(a)(1) requires a pleading to contain "a short and plain statement of the grounds for the Court's jurisdiction." Diggs's pleading fails to allege a basis for federal subject matter jurisdiction. In fact, the complaint does not contain any allegations that, if true, would give this Court subject matter jurisdiction over the claim.

The Court hereby **ORDERS** Diggs to **SHOW CAUSE** on or before **November 25, 2024,** why this case should not be dismissed without prejudice for lack of subject matter jurisdiction. Failure to respond to this order may result in dismissal of this case for lack of subject matter

jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order.   Diggs need not seek leave of Court to file such amended pleading.   The Court suggests Diggs consult Section II.A of the *Pro Se Litigation Guide*, available at https://www.ilsd.uscourts.gov/ representing-yourself-pro-se-litigant, regarding pleading.

**IT IS SO ORDERED.**
**DATED: November 8, 2024**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
