UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

YEKITA C. DIGGS,

    Plaintiff,

    v.

AMERICAN EXPRESS COMPANY,

    Defendant.

Case No. 24-cv-2428-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Yekita C. Diggs's response (Doc. 5) to the Court's November 8, 2024, order to show cause (Doc. 3) why the Court should not dismiss this case for lack of federal subject matter jurisdiction. Diggs has responded with an amended complaint that adequately pleads diversity jurisdiction under 28 U.S.C. § 1332(a). Accordingly, the Court **DISCHARGES** the order to show cause (Doc. 3) and **DIRECTS** the Clerk's Office to change the docket text for Document 5 to reflect that it is an Amended Complaint.

The Court further **DENIES** Diggs's filing captioned "Petition for Judicial Notice" (Doc. 4). Diggs asks the Court to take judicial notice of an unfiled document apparently titled "Challenge to Statute, Rules, and Jurisdiction" but does not articulate which statute or rule purportedly challenged. And although the Court must take judicial notice of an adjudicatory fact if a party asks and supplies the Court with "the necessary information," Fed. R. Evid. 201(c)(2), Diggs has not specified which fact Diggs asks the Court to judicially notice nor has Diggs provided the necessary information in support of the request.

The Court further notes that Diggs has not paid the $405 filing fee or moved for leave to proceed *in forma pauperis* in this case. The Court **ORDERS** that Diggs shall either pay the full fee or move for leave to proceed *in forma pauperis* in this case on or before December 30, 2024.

Should she fail to do so, the Court will dismiss this case for failure to pay the filing fee, for failure to obey a Court order, and/or for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**
**DATED: December 2, 2024**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**