UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YEKITA C. DIGGS,<br><br>　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS CO.,<br><br>　　　Defendant. | Case No. 24-cv-2428-JPG |

## JUDGMENT

　　This matter having come before the Court, and the Court having found all claims frivolous and without merit,

　　IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  August 21, 2025**

　　　　　　　　　　　　　　　　　　**MONICA A. STUMP, Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**

1